

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 9:18-CV-80528-RLR

Plaintiff:
**PATRICIA CIPOLLA,**

vs.

Defendant:
**HUNTER WARFIELD, INC.,**

For:
Thomas Patti
Thomas-John Law, P.A.
1451 W. Cypress Creek Road
Suite 300
Fort Lauderdale, FL 33309

Received by OMNI SERVICES, INC. on the 24th day of April, 2018 at 3:20 pm to be served on **Hunter Warfield, Inc., Attn: Stephen Sobota, 4620 Woodland Corporate Blvd., Tampa, FL 33614**.

I, Patricia Dumas, being duly sworn, depose and say that on the **25th day of April, 2018** at **4:13 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons In A Civil Action, Complaint and Demand for July Trial Injunctive Relief Sought and Exhibit "A"** with the date and hour of service endorsed thereon by me, to: **MaKayla Harrell** as **Receptionist** at the address of: **4620 Woodland Corporate Blvd., Tampa, FL 33614**, who stated they are authorized to accept service for **Hunter Warfield, Inc.,**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Persuent to FL Stat. 92.525(2) and based upon my personal inquiry of the party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 21, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 120, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 26th day of April, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

KAYLA S. LEWIS
Commission # FF 207665
Expires May 22, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

Patricia Dumas
CPS #15-612189

OMNI SERVICES, INC.
Post Office Box 2002
Lutz, FL 33548
(813) 269-9111

Our Job Serial Number: OMN-2018006062

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida ▼

| | |
|---|---|
| PATRICIA CIPOLLA )<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>HUNTER WARFIELD, INC. )<br>)<br>*Defendant(s)* ) | 9:18-cv-80528-RLR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
HUNTER WARFIELD, INC.
ATTN: SOBOTA, STEPHEN
4620 WOODLAND CORPORATE BLVD.
TAMPA, FL 33614

PATRICIA DUMAS
CERTIFIED PROCESS SERVER
THIRTEENTH JUDICIAL CIRCUIT
ID # CPS 15-612189
DATE 4-25-18   TIME 4:13 pm
SERVED Makayla Harrel
Receptionist

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas-John Law, PA, 1451 W. Cypress Creek Road, Suite 300, Fort Lauderdale, Florida 33309. Phone: 954-543-1325   Email: tpatti@thomasjohnlaw.com Fax: (954) 507-9974.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 23, 2018

*CLERK OF COURT*



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

2018006062