UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80528-RLR

PATRICIA CIPOLLA,

    Plaintiff,

v.

HUNTER WARFIELD, INC.,

    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff PATRICIA CIPOLLA ("Plaintiff"), by and through undersigned counsel, files this Unopposed Motion for Extension of Time for HUNTER WARFIELD, INC ("Defendant") to Respond to Plaintiff's Complaint, and states:

1. On April 25, 2018, Plaintiff served the [D.E. 1] Complaint and [D.E. 1-2] summons on Defendant. Defendant's responsive pleading is currently due on May 16, 2018.

2. Upon being served, Defendant's in-house counsel contacted the undersigned to resolve the above captioned matter without the further incurrence of costs by either party. As such, Defendant has requested additional time to review the file materials, conduct a brief investigation, and confer with internal associates to best understand the breadth of the [D.E. 1] Complaint and otherwise locate appropriately experienced counsel.

3. The requested extension will allow the parties the time necessary to engage in meaningful and good-faith settlement negotiations in hopes the parties can reach a mutually agreeable resolution without the Court's involvement.

4. Plaintiff has agreed to allow Defendant an extension of time through and including May 30, 2018, to respond to the [D.E. 1] Complaint and, in light of Defendant's good-faith attempt at resolving this matter as efficiently as possible, Plaintiff submits this Unopposed Motion for Extension as a professional courtesy to Defendant.

WHEREFORE, Plaintiff respectfully requests this Court grant Defendant an extension through and including May 30, 2018, to respond to the [D.E. 1] Complaint, and for such other relief as this Court deems proper.

DATED: May 14, 2018

Respectfully Submitted,

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tpatti@thomasjohnlaw.com
Thomas-John Law, P.A.
1451 W. Cypress Creek Road, Suite 300
Fort Lauderdale, Florida 33309
Phone:    954-543-1325
Fax:      954-507-9975

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 14, 2018, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

                                        Respectfully Submitted,

                                        /s/ Thomas J. Patti
                                        **THOMAS J. PATTI, ESQ.**
                                        Florida Bar No.: 118377